# EXHIBIT A

NCAA 2025-26 Bylaws (Excerpt)

# EXHIBIT A



# DIVISION I
## 2025-26 MANUAL

# Table of Contents

**CONSTITUTION**

**Article 1 Principles** ....................................................................................... 2

   **A**      The Primacy of Academic Experience. .......................... 2

   **B**      The Collegiate Student-Athlete Model. .......................... 2

   **C**      Integrity and Sportsmanship. ........................................ 2

   **D**      Student-Athlete Well-Being. .......................................... 2

   **E**      Institutional Control. ..................................................... 2

   **F**      Diversity, Equity and Inclusion. ................................... 2

   **G**      Gender Equity. ............................................................... 2

   **H**      Recruiting Standards. ..................................................... 2

**Article 2 Organization** ................................................................................... 3

   **A**      The Association ............................................................... 3

   **B**      The Divisions ................................................................. 5

   **C**      The Conferences ............................................................ 5

   **D**      Member Colleges and Universities ............................... 6

   **E**      Student-Athletes ............................................................ 7

**Article 3 Finance** ............................................................................................ 8

   **A** .................................................................................................. 8

**Article 4 Rules, Compliance and Accountability** ........................................ 9

   **A** .................................................................................................. 9

**Article 5 Amendments to the Constitution** ............................................... 10

   **A** ................................................................................................ 10

**Article 6 Institutional Control** ................................................................... 11

   **A** ................................................................................................ 11

**OPERATING BYLAWS**

**Article 8 Institutional Control** ................................................................... 12

   **8.01**   General Principle. ......................................................... 12

   **8.1**    Institutional Governance. ............................................ 12

   **8.2**    Budgetary Control. ...................................................... 13

   **8.3**    Financial Donations From Outside Organizations.<br /> ... 13

   **8.4**    Exit Interviews. ............................................................ 14

   **8.5**    Responsibilities for Actions of Outside Entities. ....... 14

**Article 9 Legislative Authority and Process** ............................................... 16

   **9.02**   Definitions and Applications. ...................................... 16

   **9.1**    Conventions and Meetings. ......................................... 16

   **9.2**    Amendment Processes. ................................................ 16

   **9.3**    Other Legislative and Amendment Procedures. ......... 19

**Article 10 Ethical Conduct** ......................................................................... 21

   **10.01**  General Principle. ......................................................... 21

   **10.02**  Definitions and Applications. ...................................... 21

   **10.1**   Unethical Conduct. ...................................................... 21

   **10.2**   Knowledge of Use of Banned Drugs. ......................... 21

Exhibit A - Page 2

| | | |
|---|---|---|
| **10.3** | Sports Wagering Activities. | 21 |
| **10.4** | Disciplinary Action. | 22 |
| **Article 11 Conduct and Employment of Athletics Personnel** | | 23 |
| **11.01** | General Principles. | 23 |
| **11.02** | Definitions and Applications. | 23 |
| **11.1** | Conduct of Athletics Personnel. | 24 |
| **11.2** | Contractual Agreements. | 24 |
| **11.3** | Compensation and Remuneration. | 25 |
| **11.4** | Employment of High School, Preparatory School or Two-Year College Coaches, or Other Individuals Associated With Prospective Student-Athletes. | 26 |
| **11.5** | Requirements to Recruit Off Campus. | 27 |
| **11.6** | Scouting of Opponents. | 27 |
| **11.7** | Limitations on the Number and Duties of Coaches and Noncoaching Staff Members. | 27 |
| **Article 12 Athletics Eligibility** | | 31 |
| **12.01** | General Principles. | 31 |
| **12.02** | Definitions and Applications. | 31 |
| **12.1** | Athletics Eligibility. | 33 |
| **12.2** | Involvement With Professional Teams. | 36 |
| **12.3** | Use of Agents. | 38 |
| **12.4** | Employment Unrelated to Name, Image and Likeness Activities. | 40 |
| **12.5** | Athletics Eligibility Requirements. | 40 |
| **12.6** | Seasons of Competition: Five-Year Rule. | 42 |
| **12.7** | U.S. Service Academy Exceptions, Special Eligibility Provisions. | 52 |
| **12.8** | Certification of Eligibility. | 52 |
| **12.9** | Ineligibility. | 53 |
| **12.10** | Restoration of Eligibility. | 54 |
| **Article 13 Recruiting** | | 58 |
| **13.01** | General Principles. | 58 |
| **13.02** | Definitions and Applications. | 58 |
| **13.1** | Contacts and Evaluations. | 63 |
| **13.2** | Offers and Inducements. | 82 |
| **13.4** | Recruiting Materials. | 85 |
| **13.5** | Transportation. | 86 |
| **13.6** | Official (Paid) Visit. | 88 |
| **13.7** | Unofficial (Nonpaid) Visit. | 93 |
| **13.8** | Entertainment, Reimbursement and Employment of High School/College-Preparatory School/Two-Year College Coaches and Other Individuals Associated With Prospective Student-Athletes. | 95 |
| **13.9** | Letter-of-Intent Programs, Financial Aid Agreements and Offers. | 98 |
| **13.10** | Publicity. | 99 |
| **13.11** | Tryouts. | 100 |
| **13.12** | Sports Camps and Clinics. | 109 |
| **13.13** | High School All-Star Games. | 115 |
| **13.14** | Use of Recruiting Funds. | 115 |
| **13.15** | Precollege Expenses. | 117 |
| **13.16** | U.S. Service Academy Exceptions and Waivers. | 119 |

Exhibit A - Page 3

| | | |
|---|---|---|
| **13.17** | Recruiting Calendars. | 120 |
| **13.18** | Basketball Event Certification. | 128 |
| **Article 14 Academic Eligibility** | | 131 |
| **14.01** | General Principles. | 131 |
| **14.02** | Definitions and Applications. | 132 |
| **14.1** | Admission, Enrollment and Academic Credentials. | 133 |
| **14.2** | Full-Time Enrollment. | 133 |
| **14.3** | Freshman Academic Requirements. | 137 |
| **14.4** | Progress-Toward-Degree Requirements. | 142 |
| **14.5** | Transfer Regulations. | 150 |
| **14.6** | Postgraduate Student Participation. | 158 |
| **14.7** | Additional Waivers for Eligibility Requirements. | 159 |
| **14.8** | Academic Performance Program. | 159 |
| **14.9** | Academic Integrity. | 161 |
| **Article 15 Financial Aid** | | 166 |
| **15.01** | General Principles. | 166 |
| **15.02** | Definitions and Applications. | 167 |
| **15.1** | Maximum Limit on Financial Aid -- Individual. | 168 |
| **15.2** | Elements of Financial Aid. | 169 |
| **15.3** | Terms and Conditions of Awarding Institutional Financial Aid. | 172 |
| **Article 16 Awards, Benefits and Expenses for Enrolled Student-Athletes** | | 176 |
| **16.01** | General Principles. | 176 |
| **16.02** | Definitions and Applications. | 176 |
| **16.1** | Awards. | 176 |
| **16.2** | Complimentary Admissions and Ticket Benefits. | 178 |
| **16.3** | Academic and Other Support Services. | 179 |
| **16.4** | Medical Expenses. | 180 |
| **16.5** | Housing and Meals. | 180 |
| **16.6** | Expenses for Student-Athlete's Friends and Family Members. | 181 |
| **16.7** | Entertainment. | 182 |
| **16.8** | Expenses Provided by the Institution for Practice and Competition. | 182 |
| **16.9** | Other Expenses Provided by the Institution. | 183 |
| **16.10** | Provision of Expenses by Individuals or Organizations Other Than the Institution. | 183 |
| **16.11** | Benefits, Gifts and Services. | 183 |
| **16.12** | Expense Waivers. | 185 |
| **16.13** | Settlement Related Benefits and Expenses. | 185 |
| **Article 17 Playing and Practice Seasons** | | 190 |
| **17.01** | General Principles. | 190 |
| **17.02** | Definitions and Applications. | 190 |
| **17.1** | General Playing-Season Regulations. | 193 |
| **17.2** | Roster Limitations. | 205 |
| **17.3** | Women's Acrobatics and Tumbling. | 208 |
| **17.4** | Baseball. | 210 |
| **17.5** | Basketball. | 213 |
| **17.6** | Women's Beach Volleyball. | 218 |

Exhibit A - Page 4

**17.7**  Women's Bowling.                                                                220
**17.8**  Cross Country.                                                                   222
**17.9**  Women's Equestrian.                                                              225
**17.10**  Fencing.                                                                        227
**17.11**  Women's Flag Football.                                                          229
**17.12**  Field Hockey.                                                                   231
**17.13**  Football.                                                                       234
**17.14**  Golf.                                                                           241
**17.15**  Gymnastics.                                                                     244
**17.16**  Ice Hockey.                                                                     246
**17.17**  Lacrosse.                                                                       249
**17.18**  Rifle.                                                                          252
**17.19**  Women's Rowing.                                                                 254
**17.20**  Women's Rugby.                                                                  256
**17.21**  Skiing.                                                                         258
**17.22**  Soccer.                                                                         260
**17.23**  Softball.                                                                       264
**17.24**  Women's Stunt.                                                                  267
**17.25**  Swimming and Diving.                                                            269
**17.26**  Tennis.                                                                         271
**17.27**  Track and Field, Indoor/Outdoor.                                               274
**17.28**  Women's Triathlon.                                                              277
**17.29**  Volleyball.                                                                     279
**17.30**  Water Polo.                                                                     283
**17.31**  Men's Wrestling.                                                                285
**17.32**  Women's Wrestling.                                                              288
**17.33**  Exceptions for Member Institutions Located in Alaska, Hawaii and Puerto Rico.  290
**17.34**  Foreign Tours.                                                                  290
**17.35**  Playing Rules.                                                                  293
**17.36**  Outside Competition.                                                            293
**Article 18 Championships and Postseason Football**                                       299
**18.01**  General Principles.                                                             299
**18.02**  Definitions and Applications.                                                   299
**18.1**  Regulations and Authority for Conduct of Championships.                          299
**18.2**  Criteria for Establishment or Continuation of Championships.                     300
**18.3**  Current Championships.                                                           301
**18.4**  Eligibility for Championships.                                                   302
**18.5**  Automatic Qualification by Conference.                                           307
**18.6**  Playing Rules for Championships.                                                 307
**18.7**  Postseason Football.                                                             307
**Article 19 Infractions Program**                                                        310
**19.01**  General Principles.                                                             310
**19.02**  Definitions and Applications.                                                   310
**19.1**  Violation Structure.                                                             310
**19.2**  Responsibility to Cooperate.                                                     311

Exhibit A - Page 5

**19.3**    Public Disclosure and Dashboard.                                                                313

**19.4**    Committee on Infractions.                                                                      313

**19.5**    Infractions Appeals Committee.                                                                 315

**19.6**    Enforcement Staff Review and Investigation of Alleged Violations.                              316

**19.7**    Standards of Review and Resolution Methods (Level I/II Cases)                                   317

**19.8**    Full Hearing Resolution.                                                                       319

**19.9**    Limited Resolution.                                                                            321

**19.10**   Negotiated Resolution.                                                                         323

**19.11**   Committee on Infractions Decisions.                                                            324

**19.12**   Penalties.                                                                                     325

**19.13**   Appeal of Committee on Infractions Decisions.                                                  331

**19.14**   Notice of Allegations, Opportunity to Respond and Penalties (Level III Cases).                 333

**Article 20 Division Membership**                                                                         339

**20.01**   General Principles.                                                                            339

**20.02**   Definitions and Applications.                                                                  339

**20.1**    Eligibility for Membership.                                                                    341

**20.2**    Active Membership.                                                                             342

**20.3**    Member Conference.                                                                             348

**20.4**    Establishment of and Compliance With Division Criteria.                                        350

**20.5**    Multidivision Classification/Reclassification of Football Subdivision.                         352

**20.6**    Change of Division Membership.                                                                 355

**20.7**    Division Legislation.                                                                          358

**20.8**    Eligibility for National Collegiate and Division Championships.                                358

**20.9**    Division I Membership.                                                                         359

**Article 21 Governance Structure and Committees**                                                         370

**21.02**   Definitions and Applications.                                                                  370

**21.1**    Division I Board of Directors.                                                                 371

**21.2**    Division I Cabinet.                                                                            372

**21.3**    Academics and Eligibility Committee.                                                           374

**21.4**    Membership Committee.                                                                          375

**21.5**    Student-Athlete Advisory Committee.                                                            376

**21.6**    Sports Oversight Committees.                                                                   376

**21.7**    Association-Wide Committees -- General Committees.                                             380

**21.8**    Common Committees -- Committees With Playing Rules and Championships Administration
            Responsibilities.                                                                              383

**21.9**    Common Committees -- Committees With Only Championship Administration Responsibilities.         385

**21.10**   Common Committees -- Committees With Governance Administration Responsibilities.                385

**Article 22 Name, Image and Likeness Activities**                                                         387

**22.01**   General Principles.                                                                            387

**22.02**   Definitions and Applications.                                                                  387

**22.1**    Student-Athlete Name, Image and Likeness Activities.                                           387

**22.2**    Reporting and Clearinghouse Review of Name, Image and Likeness Activities.                     388

**22.3**    Professional Service Providers.                                                                390

**22.4**    Use of Commercial Trademarks or Logos on Equipment, Uniforms and Apparel.                      391

**Article 23 Designated Enforcement Entity and Neutral Arbitration Process**                               392

Exhibit A - Page 6

**23.01**   General Principle. 392

**23.02**   Definitions and Applications. 392

**23.1**   Negotiated Resolution. 392

**23.2**   Penalties. 392

**23.3**   Neutral Arbitration Process. 395

## ADMINISTRATIVE BYLAWS

### Article 31 Executive Regulations 396

**31.01**   General Principles. 396

**31.02**   Definitions and Applications. 396

**31.1**   Administration of NCAA Championships. 396

**31.2**   Eligibility for Championships. 400

**31.3**   Selection of Teams and Individuals for Championships Participation. 403

**31.4**   Financial Administration of Championships. 406

**31.5**   Financial Administration of Postseason Football. 408

**31.6**   Rights to NCAA Properties and Marketing Restrictions. 408

**31.7**   General Financial Management. 410

**31.8**   Personnel. 412

**31.9**   National Statistics Program. 413

Exhibit A - Page 7

# Table of Figures

**Article 12 Athletics Eligibility**

**12-1**   Hardship Waiver Criteria                                                                55

**12-2**   Delayed Enrollment Conditions.                                                    57

**Article 13 Recruiting**

**13-1**   Notification of Transfer Windows                                               129

**13-2**   Athletics Aid and Settlement Related Benefits Agreement Signing Dates    130

**Article 14 Academic Eligibility**

**14-1**   Initial Eligibility                                                                        163

**14-2**   Academic Integrity Analysis                                                      165

**Article 16 Awards, Benefits and Expenses for Enrolled Student-Athletes**

**16-1**   Participation Awards                                                                 187

**16-2**   Championship Awards                                                               188

**16-3**   Special Achievement Awards                                                     189

**Article 17 Playing and Practice Seasons**

**17-1**   Maximum Numbers of Contests and Dates of Competition for Each Sport    294

**17-2**   First Practice, Contest or Date of Competition, and End of Season Dates    295

**17-3**   First Contest Date -- Basketball                                              298

**Article 19 Infractions Program**

**19-1**   Penalty Guidelines                                                                     334

**19-2**   Processing a Typical NCAA Infractions Appeals Case                    338

Exhibit A - Page 8

## II. ORGANIZATION OF THE NCAA MANUAL

Divisions I, II and III each have a separate Manual that contains legislation specific to the applicable division and does not contain legislation pertaining only to one or both of the other divisions. However, legislation that includes references to one or both of the other divisions will appear in its entirety. In addition, since each division's Manual does not contain legislation specific to the other divisions, some bylaws may have gaps in the numbering sequence.

### Constitution

Articles 1 through 6 are the constitution, which consists of information relevant to the organization of the Association and the more important principles for the conduct of intercollegiate athletics.

**Preamble**

**Article 1**   Principles

**Article 2**   Organization

**Article 3**   Finance

**Article 4**   Rules, Compliance and Accountability

**Article 5**   Amendments to the Constitution

**Article 6**   Institutional Control

### Operating Bylaws

Articles 8 through 21 are the operating bylaws, which consist of legislation adopted by the membership to promote the principles enunciated in the constitution and to achieve the Association's purposes.

**Article 8**    Institutional Control

**Article 9**    Legislative Authority and Process

**Article 10**   Ethical Conduct

**Article 11**   Conduct and Employment of Athletics Personnel

**Article 12**   Athletics Eligibility

**Article 13**   Recruiting

**Article 14**   Academic Eligibility

**Article 15**   Financial Aid

**Article 16**   Awards, Benefits and Expenses for Enrolled Student-Athletes

**Article 17**   Playing and Practice Seasons

**Article 18**   Championships and Postseason Football

**Article 19**   Infractions Program

**Article 20**   Division Membership

**Article 21**   Governance Structure and Committees

**Article 22**   Name, Image and Likeness

**Article 23**   Designated Enforcement Entity and Neutral Arbitration Process

### Administrative Bylaw

Article 31 is an administrative bylaw, which sets forth policies and procedures for the implementation of the NCAA championships and the business of the Association. Amendments to Article 31 may be adopted by the Board of Directors or Council for the efficient administration of the activities that they govern. The bylaw also may be amended through the regular legislative process.

**Article 31** Executive Regulations

The legislation included in the Division I Manual is also available online via the NCAA Legislative Services Database for the Internet (LSDBi) at www.NCAA.org. The LSDBi Manual is updated throughout the year to reflect any adopted legislation, modifications of wording, incorporations and editorial revisions. Therefore, the LSDBi Manual includes the most up-to-date legislation available and a mechanism for quickly searching and locating legislation through a variety of user-friendly methods.

Custom Manuals may be produced and printed from LSDBi. Users may select entire articles or specific constitutional provisions and bylaws to include in an abridged format. For example, a user may produce an abridged Manual that only includes legislation that is specific to a particular sport.

## III. VOTING REQUIREMENTS FOR MANUAL

The Manual presents all regulations on a given subject in logical order. As a result, different paragraphs in the same sections may carry different voting requirements. The following terms define voting requirements currently in effect in the Manual:

- **Constitution —** Provisions in the constitution, Articles 1 through 6, require a two-thirds majority vote of the total membership (present and voting) for adoption or amendment.

- **Area of Autonomy —** An area of autonomy is a legislative provision that provides legislative flexibility to the Atlantic Coast Conference, Big Ten Conference, Big 12 Conference and Southeastern Conference and their member institutions. The abovementioned conferences are granted autonomy in these areas to permit the use of resources to advance the legitimate educational or athletics-related needs of student-athletes and for legislative changes that will otherwise enhance student-athlete well-being. The requirements for adoption, amendment and expansion of the areas of autonomy are set forth in Bylaw 9.2.2.1. A legislative provision that is an area of autonomy is identified by a capital letter A in brackets and bold font immediately after the title of the provision.

- **Common provision —** Legislation that is derived from the common bylaws (9, 10, 12 and 13) in the 1988-89 Manual. All such legislation is identified by a pound sign **[#]** in brackets and bold font immediately after the title of the provision and requires a majority vote of each of the three divisions, voting separately, for adoption or amendment.

- **Federated provision —** Legislation that is derived from divided bylaws in the 1988-89 Manual. Such legislation can be adopted or amended by a majority vote of one or more of the subdivisions voting separately.

- **Division dominant —** A division dominant provision is one that applies to all members of Division I and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at an annual or special Convention. Division dominant provisions are identified by a diamond symbol **[◆]** in brackets and bold font immediately after the title of the provision.

- **Football Championship Subdivision Dominant —** A Football Championship Subdivision dominant provision is a regulation that applies only to the Football Championship Subdivision and is of sufficient importance to the subdivision that it requires a two-thirds majority vote for adoption or to be amended pursuant to the legislative process set forth in Bylaw 9.2.2.2. Football Championship Subdivision dominant provisions are identified by the initialization FCSD in brackets and bold font immediately after the title of the provision.

- **Settlement provision** - A settlement provision is a regulation established to implement the terms of the House v. NCAA Settlement. Enforcement of all settlement provisions will be managed by the designated enforcement entity and subject to neutral arbitration, as specified in Article 23.

### Symbols Designating Voting Requirements and Subdivisions for Which Federated Legislation Is Applicable

| Provision | Symbol |
|---|---|
| Area of Autonomy | A |
| Common | # |
| Division dominant | ◆ |
| Federated | |
|     Football Bowl Subdivision | FBS |
|     Football Championship Subdivision | FCS |
|     Football Bowl Subdivision and Championship Subdivision | FBS/FCS |
|     Football Championship Subdivision Dominant. | FCSD |
| Settlement | S |

x

Exhibit A - Page 10

## IV. DE MINIMIS AND RESTITUTION VIOLATIONS

- **De Minimis —** Violations of articles designated by a capital letter D in brackets and bold font **[D]** at the end of the legislative language shall be considered institutional violations; however, the involved prospective student-athlete's or student-athlete's eligibility shall not be affected.

- **Restitution —** For violations of articles designated by a capital letter R in brackets and bold font **[R]** at the end of the legislative language, if the value of the benefit provided to the individual (prospective or enrolled student-athlete) is $200 or less, the eligibility of the individual shall not be affected conditioned upon the individual repaying the value of the benefit to a charity of their choice. The individual, however, shall remain ineligible from the time the institution has knowledge of the receipt of the impermissible benefit until the individual repays the benefit. Violations of such provisions remain institutional violations and documentation of the individual's repayment shall be forwarded to the enforcement services staff with the institution's self-report of the violation.

## V. DIAGRAMS AND TABLES

Diagrams and tables are included as supplements to the text to help present the content of certain regulations in a clear and concise manner. They are presented as "Figures" and are listed on the page immediately before this user's guide.

## VI. LEGISLATION THAT IS SHADED

Legislation, incorporations of interpretations, editorial revisions and modifications of wording approved or adopted after August 1, 2024, are set off by a gray background and include an adoption or revision date.

## VII. NOTATION OF LEGISLATION WITH DELAYED EFFECTIVE DATE

Legislation with a delayed effective date is enclosed in a box and set off by a gray background.

Exhibit A - Page 11

CONSTITUTION,

# Preamble

The National Collegiate Athletic Association is a voluntary, self-governing organization of four-year colleges, universities and conferences committed to the well-being and development of student-athletes, to sound academic standards and the academic success of student-athletes, and to diversity, equity and inclusion. Member institutions and conferences believe that intercollegiate athletics programs provide student-athletes with the opportunity to participate in sports and compete as a vital, co-curricular part of their educational experience. The member schools and conferences likewise are committed to integrity and sportsmanship in their athletics programs and to institutional control of and responsibility for those programs. The basic purpose of the Association is to support and promote healthy and safe intercollegiate athletics, including national championships, as an integral part of the education program and the student-athlete as an integral part of the student body. *(Adopted: 1/20/22 effective 8/1/22)*

BYLAW, ARTICLE 12
# Athletics Eligibility

## 12.01 General Principles.

**12.01.1 Eligibility for Athletics Participation.** Only a student-athlete who meets the governing athletics eligibility legislation and interpretations is eligible for intercollegiate athletics participation in a particular sport. An individual who receives direct or indirect payment for athletics participation, except as permitted by the governing legislation and interpretations, is considered a professional athlete. A professional athlete in one sport may represent a member institution in a different sport and may receive institutional financial assistance in the second sport. *(Revised: 6/6/25 effective 7/1/25)*

**12.01.2 "Individual" vs. "Student-Athlete."** NCAA eligibility may be lost as a result of activities before enrollment in college. If NCAA rules specify that an "individual" may or may not participate in certain activities, this term refers to a person before and after enrollment in a member institution. If NCAA rules specify a "student-athlete," the legislation applies only to that person's activities after enrollment. *(Revised: 6/6/25 effective 7/1/25)*

## 12.02 Definitions and Applications.

**12.02.1 Actual and Necessary Expenses.** Actual and necessary expenses are defined as: *(Adopted: 1/19/13 effective 8/1/13, Revised: 6/6/25 effective 7/1/25)*

(a) Meals;

(b) Lodging;

(c) Apparel, equipment and supplies;

(d) Coaching and instruction;

(e) Health/medical insurance;

(f) Transportation (expenses to and from practice and competition, cost of transportation from home to training/practice site at the beginning of the season/preparation for an event and from training/practice/event site to home at the end of season/event);

(g) Medical expenses;

(h) Facility usage;

(i) Entry fees; and

(j) Other reasonable expenses (e.g., entertainment).

**12.02.1.1 Calculation of Actual and Necessary Expenses -- Limited to Specific Individuals.** The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the individual who is permitted to receive the expenses pursuant to the applicable legislation (e.g., individual who participates as a member of the team or in a specific event, family member). *(Adopted: 1/19/13 effective 8/1/13, Revised: 6/6/25 effective 7/1/25)*

**12.02.1.2 Calculation of Actual and Necessary Expenses -- Individual Sports and Women's Beach Volleyball.** In individual sports and women's beach volleyball, the calculation of an individual's actual and necessary expenses shall be based on expenses incurred during each calendar year (January-December). *(Adopted: 1/19/13 effective 8/1/13, Revised: 1/23/19 Immediate; may be applied retroactively to expenses incurred on or after January 1, 2019., 6/6/25 effective 7/1/25)*

**12.02.2 Family Member.** A family member is an individual with any of the following relationships to the prospective student-athlete: spouse, parent or legal guardian, child, sibling, grandparent, domestic partner or any individual whose close association with the prospective student-athlete is the practical equivalent of a family relationship. *(Adopted: 4/25/18, Revised: 6/6/25 effective 7/1/25)*

**12.02.3 Intercollegiate Competition.** Intercollegiate competition is considered to have occurred when a student-athlete in either a two-year or a four-year collegiate institution does any of the following: *(Revised: 1/10/91, 1/16/93, 1/11/94, 1/10/95, 1/9/06, 7/31/23, 6/6/25 effective 7/1/25)*

(a) Represents the institution against outside competition, regardless of how the competition is classified (e.g., contest, scrimmage, exhibition or joint practice session with another institution's team) or whether the student is enrolled in a minimum full-time program of studies;

Exhibit A - Page 13

(b) Competes in the uniform of the institution, or, during the academic year, uses any apparel (excluding apparel no longer used by the institution) received from the institution that includes institutional identification; or

(c) Competes and receives expenses (e.g., transportation, meals, housing, entry fees) from the institution for the competition.

**12.02.3.1 Exempted Events.** Participation in events listed in Bylaw 16.8.1.2 is exempted from the application of this legislation. *(Revised: 1/10/92, 6/6/25 effective 7/1/25)*

**12.02.3.2 Participation on an Institution's Club Team.** Participation on a collegiate institution's club team is exempted from the application of this legislation, provided the institution did not sponsor the sport on the varsity intercollegiate level at the time of participation. *(Adopted: 6/24/09, Revised: 6/6/25 effective 7/1/25)*

**12.02.4 Limited Benefit -- Before Initial, Full-Time Enrollment at an NCAA Institution -- Expenses from a Permissible Source.** Before initial, full-time enrollment at an NCAA institution, if an individual receives expenses from a permissible source (e.g., event sponsor, club team) that exceed the individual's actual and necessary expenses by $300 or less, the eligibility of the individual shall not be affected. *(Adopted: 1/19/13 effective 8/1/13, Revised: 6/6/25 effective 7/1/25)*

**12.02.5 Limited Benefit -- Enrolled Student-Athlete -- Expenses from a Permissible Source.** If a student-athlete engages in permissible outside competition and receives expenses from a permissible source (e.g., event sponsor, club team) that exceed the student-athlete's actual and necessary expenses by $300 or less, the eligibility of the student-athlete shall not be affected and the institution is not required to submit a self-report of the infraction. *(Adopted: 1/19/13 effective 8/1/13, Revised: 6/6/25 effective 7/1/25)*

**12.02.6 Organized Competition.** Athletics competition shall be considered organized if any of the following conditions exists: *(Adopted: 7/31/14, Revised: 6/6/25 effective 7/1/25)*

(a) Competition is scheduled and publicized in advance;

(b) Official score is kept;

(c) Individual or team standings are maintained;

(d) Official timer or game officials are used;

(e) Admission is charged;

(f) Teams are regularly formed or team rosters are predetermined;

(g) Team uniforms are used;

(h) A team is privately or commercially sponsored; or

(i) The competition is either directly or indirectly sponsored, promoted or administered by an individual, an organization or any other agency.

**12.02.7 Professional Athletics Team.** A professional team is any organized team that: *(Revised: 4/25/02 effective 8/1/02, 8/8/02, 4/23/03, 4/24/04, 10/28/04, 6/6/25 effective 7/1/25)*

(a) Provides any of its players more than actual and necessary expenses for participation on the team, except as otherwise permitted by NCAA legislation; or

(b) Declares itself to be professional.

**12.02.8 Professional Sports Agent. [A]** A professional sports agent is a person who, directly or indirectly represents or attempts to represent any individual for the purpose of marketing the individual's athletics ability or reputation as a professional athlete for financial gain, or seeks to obtain any type of financial gain or benefit from a student-athlete's potential earnings as a professional athlete. A professional sports agent may include, but is not limited to, a certified contract advisor, financial advisor, marketing representative, brand manager or anyone who is employed or associated with such persons. *(Adopted: 6/6/25 effective 7/1/25)*

**12.02.9 Religious Mission, Official.** An official religious mission is one that is established by the religious organization of which the individual is a member and that results in the individual being unable to attend a collegiate institution during the period of the mission. *(Revised: 1/9/06, 4/2/10, 6/6/25 effective 7/1/25)*

**12.02.10 Road Racing.** Road racing is considered the same as cross country or track and field for purposes of Bylaws 12.1, 12.2, 12.3 and 12.6.3.2. *(Adopted: 6/6/25 effective 7/1/25)*

**12.02.11 Track and Field and Cross Country.** Cross country, indoor track and field, and outdoor track and field shall be considered separate sports for purposes of Bylaw 12.6.3. *(Adopted: 6/6/25 effective 7/1/25)*

**12.02.12 Triathlon and Cross Country, Track and Field and Swimming.** Triathlon and cross country are considered the same sport, triathlon and track and field are considered the same sport, and triathlon and swimming are

Exhibit A - Page 14

**12.5.4.1 Content and Purpose.** Each academic year, a student-athlete may voluntarily sign a statement in a form maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports in which the student-athlete authorizes/consents to the institution's physicians, athletics directors and health care personnel to disclose the student-athlete's injury/illness and participation information associated with the student-athlete's training and participation in intercollegiate athletics to the NCAA and to its Injury Surveillance Program (ISP), agents and employees for the purpose of conducting research into the reduction of athletics injuries. The authorization/consent by the student-athlete is voluntary and is not required for the student-athlete to be eligible to participate. *(Adopted: 4/24/03, Revised: 8/7/03 effective 8/1/04, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 6/6/25 effective 7/1/25, 8/5/25 effective 9/1/25)*

**12.5.4.2 Administration.** The following procedures shall be used in administering the form: **[D]** *(Adopted: 4/24/03, Revised: 8/7/03 effective 8/1/04, 7/30/10, 1/23/19, 6/6/25 effective 7/1/25)*

(a) The authorization/consent form shall be administered individually to each student-athlete by the athletics director or the athletics director's designee before the student-athlete's participation in intercollegiate athletics each academic year.

(b) Signing the authorization/consent shall be voluntary and is not required by the student-athlete's institution for medical treatment, payment for treatment, enrollment in a health plan or for any benefits (if applicable) and is not required for the student-athlete to be eligible to participate.

**12.5.5 Eligibility Requirements for Male Students to Practice With Women's Teams.** A male student may engage in practice sessions with women's teams subject to the following conditions: *(Revised: 5/12/05, 5/29/08, 7/31/14, 4/26/17, 7/31/23, 6/6/25 effective 7/1/25)*

(a) A male student who practices with an institution's women's team must be verified as eligible for practice in accordance with Bylaw 14.2.1 and must have eligibility remaining under the five-year rule (see Bylaw 12.6.1);

(b) It is not permissible for a recruited male student-athlete who is serving an academic year of residence as a nonqualifier to participate in practice sessions with a women's team. A nonrecruited male student who is serving an academic year of residence as a nonqualifier may participate in practice sessions with a women's team; and

(c) A male student who practices with an institution's women's basketball team may participate in required summer athletic activities, provided the student was enrolled full time at the conclusion of the regular academic term (e.g., spring semester or quarter) immediately preceding the institution's summer term.

## 12.6 Seasons of Competition: Five-Year Rule. A student-athlete shall not engage in more than four

seasons of intercollegiate competition in any one sport (see Bylaws 12.02.3 and 14.3.3). An institution shall not permit a student-athlete to represent it in intercollegiate competition unless the student-athlete completes all seasons of participation in all sports within the time periods specified below. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1 Five-Year Rule.** A student-athlete shall complete the student-athlete's seasons of participation within five calendar years from the beginning of the semester or quarter in which the student-athlete first registered for a minimum full-time program of studies in a collegiate institution, with time spent on an official religious mission, in the armed services or with recognized foreign aid services of the U.S. government being excepted. For international students, service in the armed forces of the student's home country is considered equivalent to such service in the United States. *(Revised: 4/2/10, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1.1 Determining the Start of the Five-Year Period.** For purposes of starting the count of time under the five-year rule, a student-athlete shall be considered registered at a collegiate institution (domestic or foreign; see Bylaw 14.02.4) when the student-athlete initially registers in a regular term (semester or quarter) of an academic year for a minimum full-time program of studies, as determined by the institution, and attends the student's first day of classes for that term (see Bylaw 12.6.2). *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.1.2 Service Exceptions to the Five-Year Rule.** Time spent in the armed services, on official religious missions or with recognized foreign aid services of the U.S. government is excepted from the application of the five-year rule. Among such services that qualify a student-athlete for an extension of the five-year rule are: *(Revised: 4/2/10, 7/31/14, 6/6/25 effective 7/1/25)*

(a) Military Sea Transport Service;

(b) Peace Corps; or

(c) Service as a conscientious objector ordered by the Selective Service Commission (or the equivalent authority in a foreign nation) in lieu of active military duty.

**12.6.1.2.1 Elapsed Time/Service to Enrollment.** If a student-athlete enrolls in a regular term of a collegiate institution at the first opportunity following completion of any one of the commitments described in the exceptions to this bylaw, the elapsed time (the exact number of calendar days) between completion of the commitment and the first

**12.6.1.6.2 Athletics Activity Waiver Criteria.** Extensions of the five-year period of eligibility for student-athletes shall be based on the following criteria: The member institution in which the student-athlete is enrolled must establish (by objective evidence) that the student-athlete was unable to participate in intercollegiate athletics as a result of participation in one of the activities listed in the above legislation for a specific period of time. Further, such an extension shall be limited to one time and for a period not to exceed one year per student-athlete, per sport. *(Revised: 8/11/98, 7/31/14, 6/6/25 effective 7/1/25, 8/5/25 effective 9/1/25)*

**12.6.1.7 Five-Year Rule Waiver.** The Athletics Eligibility Subcommittee, by a two-thirds majority of its members present and voting, may approve waivers of the five-year rule as it deems appropriate. *(Revised: 7/30/10, 7/31/14, 6/6/25 effective 7/1/25, 8/5/25 effective 11/1/25)*

**12.6.1.7.1 Waiver Criteria.** A waiver of the five-year period of eligibility is designed to provide a student-athlete with the opportunity to participate in four seasons of intercollegiate competition within a five-year period. This waiver may be granted, based upon objective evidence under the following circumstances: *(Revised: 4/17/91, 1/11/94, 8/10/94, 10/12/95, 4/27/00, 7/30/10, 7/31/14, 4/25/18, 5/19/22 applicable to a student-athlete who qualifies for a waiver that would provide the opportunity to participate in four seasons of competition within a five-year period, 6/6/25 effective 7/1/25)*

(a) The student-athlete did not use a season of intercollegiate competition due to an institutional decision to redshirt the student-athlete; the student-athlete was listed on the institution's squad list and was eligible for competition during the segment of the season that concludes with the NCAA championship; and the student-athlete was deprived of the opportunity to participate in intercollegiate competition in one other season due to circumstances beyond the control of the student-athlete or institution. (The use of this provision is limited to one time in a student-athlete's period of eligibility); or

(b) The student-athlete is deprived of the opportunity to participate for more than one season in his or her sport within the five-year period of eligibility for reasons that are beyond the control of the student-athlete or the institution.

**12.6.1.7.1.1 Circumstances Beyond Control.** Circumstances considered to be beyond the control of the student-athlete or the institution and do not cause a participation opportunity to be used shall include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95, 8/12/97, 1/9/06, 7/30/10, 7/31/14, 6/6/25 effective 7/1/25)*

(a) Situations clearly supported by contemporaneous medical documentation, which states that a student-athlete is unable to participate in intercollegiate competition as a result of incapacitating physical or mental circumstances;

(b) The student-athlete is unable to participate in intercollegiate athletics as a result of a life-threatening or incapacitating injury or illness suffered by a member of the student-athlete's immediate family, which clearly is supported by contemporaneous medical documentation;

(c) Reliance by the student-athlete upon written, contemporaneous, clearly erroneous academic advice provided to the student-athlete from a specific academic authority from a collegiate institution regarding the academic status of the student-athlete, which directly leads to the student-athlete not being eligible to participate and, but for the clearly erroneous advice, the student-athlete would have established eligibility for intercollegiate competition;

(d) Natural disasters (e.g., earthquake, flood); and

(e) Extreme financial difficulties as a result of a specific event (e.g., layoff, death in the family) experienced by the student-athlete or by an individual upon whom the student-athlete is legally dependent, which prohibit the student-athlete from participating in intercollegiate athletics. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual upon whom the student-athlete is legally dependent.

**12.6.1.7.1.2 Circumstances Within Control.** Circumstances that are considered to be within the control of the student-athlete or the institution and cause a participation opportunity to be used include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95, 10/9/96, 7/30/10, 7/31/14, 6/6/25 effective 7/1/25)*

(a) A student-athlete's decision to attend an institution that does not sponsor the student-athlete's sport, or decides not to participate at an institution that does sponsor the sport;

(b) An inability to participate due to failure to meet institutional/conference or NCAA academic requirements, or disciplinary reasons or incarceration culminating in or resulting from a conviction;

(c) Reliance by a student-athlete upon misinformation from a coaching staff member;

(d) Redshirt year;

(e) Ineligibility to participate as a result of a transfer year of residence or fulfilling a condition for restoration of eligibility; and

(f) A student-athlete's lack of understanding regarding the specific starting date of the five-year period of eligibility.

**12.6.1.7.1.3 Circumstances of Extraordinary or Extreme Hardship.** The Athletics Eligibility Subcommittee may review requests that do not meet the more-than-one-year criteria of this waiver for circumstances of extraordinary or extreme hardship. *(Revised: 4/25/18, 6/6/25 effective 7/1/25, 8/5/25 effective 11/1/25)*

**12.6.1.7.1.4 Practice While Waiver is Pending.** A student-athlete who has exhausted five years of eligibility may continue to practice (but not compete) for a maximum of 30 consecutive calendar days, provided the student-athlete's institution has submitted a waiver request. The student-athlete may not commence practice until the institution has filed such a request. Further, if such a request is denied before exhausting the 30-day practice period, the student-athlete must cease all practice activities upon the institution's notification of the denial. *(Revised: 4/25/18, 6/6/25 effective 7/1/25)*

## 12.6.2 Additional Applications of the Five-Year Rule. *(Revised: 6/6/25 effective 7/1/25)*

**12.6.2.1 Athletics Competition.** Even though an individual is enrolled for less than a minimum full-time program of studies at a collegiate institution, the individual's five-year period of eligibility begins if the individual represents the institution in intercollegiate athletics. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.2.2 Nonrecognized College.** Enrollment in a postsecondary, noncollegiate institution (e.g., technical school, seminary or business college) in the United States that is not accredited at the college level by an agency or association recognized by the secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree, constitutes enrollment in the application of the five-year rule only if: *(Revised: 1/10/90, 8/8/02, 7/31/14, 6/6/25 effective 7/1/25)*

(a) The student is enrolled in a minimum full-time program of studies at such an institution that conducts an intercollegiate athletics program; or

(b) The student, whether enrolled for a minimum full-time program of studies or not, represents the institution in intercollegiate athletics.

**12.6.2.3 Joint College/High School Program.** A student-athlete's eligibility under the five-year rule does not begin while a student is enrolled in a collegiate institution in a joint high school/college academic program for high school students in which the courses count as both high school graduation credit and college credit, provided the student has not officially graduated from high school and does not participate in intercollegiate athletics while enrolled in the joint program. *(Revised: 11/1/01 effective 8/1/02, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.2.4 Vocational Program.** A student-athlete's eligibility under the five-year rule does not begin while the student is enrolled in a minimum full-time program of studies as a part of a special vocational program that combines enrollment in regular college courses and participation in vocational training courses, provided the student is not considered to be regularly matriculated by the institution, does not go through the customary registration and testing procedures required of all regular entering students and is not eligible for the institution's extracurricular activities, including athletics. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.2.5 Eligibility for Practice.** To be eligible to participate in organized practice sessions, a student-athlete shall have eligibility remaining under the five-year rule (see Bylaws 14.2.1.7 and 14.2.1.8). **[D]** *(Revised: 8/5/04, 7/31/14, 3/27/18, 6/6/25 effective 7/1/25)*

## 12.6.3 Criteria for Determining Season of Competition. *(Revised: 6/6/25 effective 7/1/25)*

**12.6.3.1 Minimum Amount of Competition.** Any competition, regardless of time, during a season in an intercollegiate sport shall be counted as a season of competition in that sport, except as provided in Bylaws 12.6.3.1.1, 12.6.3.1.2, 12.6.3.1.3, 12.6.3.1.4, 12.6.3.1.5 and 12.6.3.1.6. This provision is applicable to intercollegiate athletics competition conducted by a two-year or four-year collegiate institution at the varsity or subvarsity level. *(Revised: 1/11/94, 4/28/05 effective 8/1/05, 5/9/06, 1/16/10 effective 8/1/10, 7/31/14, 8/8/18 effective 8/1/18, 6/6/25 effective 7/1/25)*

**12.6.3.1.1 Two-Year College Scrimmages.** A two-year college prospective student-athlete may compete in a scrimmage as a member of a two-year college team without counting such competition as a season of competition, provided the competition meets all of the following conditions: *(Adopted: 1/11/94, Revised: 5/9/06, 7/31/14, 6/6/25 effective 7/1/25)*

equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams) is exempt from the application of Bylaw 12.6.3.2.2.4. *(Adopted: 4/26/07 effective 8/1/07, Revised: 1/14/12, 7/31/14, 4/25/18 effective 8/1/18 applicable to a student-athlete who initially enrolls full time in a collegiate institution on or after 8/1/18, 1/22/20, 6/6/25 effective 7/1/25)*

**12.6.3.2.2.4.3 Service Exceptions.** Participation in organized competition during time spent in the armed services, on an official religious mission or with a recognized foreign aid service of the U.S. government is exempt from the application of Bylaw 12.6.3.2.2. Additionally, if a student-athlete enrolls as a full-time student in a regular term of a collegiate institution at the first opportunity following completion of the service commitment, the period between completion of the service commitment and the first opportunity to enroll is exempt from the application of Bylaw 12.6.3.2.1. *(Adopted: 4/25/18, Revised: 1/23/19, 6/12/19, 6/6/25 effective 7/1/25)*

**12.6.3.2.3 Low-level and Minimally Organized Participation.** A student-athlete may be granted relief from delayed enrollment conditions during the athletics eligibility certification process for participation that meets the definition of organized competition (see Bylaw 12.02.) but is determined to be low-level or minimally organized participation. *(Adopted: 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24, Revised: 6/6/25 effective 7/1/25)*

**12.6.3.3 Participation After 21st Birthday -- Men's Ice Hockey and Skiing.** In men's ice hockey and skiing, any participation as an individual or a team representative in organized sports competition by a prospective student-athlete during each 12-month period after the prospective student-athlete's 21st birthday and before initial, full-time enrollment in a collegiate institution shall result in a delayed enrollment condition based on the number of contests (or dates of competition) in which the prospective student-athlete participated as a percentage of the maximum number of permissible contests (or dates of competition) in the sport per NCAA Bylaw 17. (See Figure 12-2.). Participation in organized competition during time spent on an official religious mission, in the armed services or with recognized foreign aid services of the U.S. government shall be excepted. *(Revised: 1/10/90, 1/16/93, 1/10/95 effective 8/1/95, 1/9/96 effective 8/1/96, 6/10/04, 1/17/09 effective 8/1/10, 4/13/10 effective 8/1/11, 7/31/14, 4/25/18, 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24, 6/6/25 effective 7/1/25)*

**12.6.3.4 Foreign-Tour Competition.** A student-athlete who did not compete during the institution's season just completed and who represents the institution in a certified foreign tour after that intercollegiate season and before the start of the next academic year shall not be charged with a season of eligibility (see Bylaw 17.34.1.4). *(Revised: 8/11/98, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.3.5 Participation on an Institution's Club Team.** An individual is charged with a season of competition for participation in intercollegiate competition (see Bylaw 12.02.3) as a member of an institution's club team if the institution sponsored the sport as a varsity intercollegiate sport and as a club sport at the time of participation. *(Adopted: 6/24/09, Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.4 Hardship Waiver.** A student-athlete may be granted an additional year of competition by the conference or the Athletics Eligibility Subcommittee for reasons of "hardship." Hardship is defined as an incapacity resulting from an injury or illness that has occurred under all of the following conditions: *(Revised: 1/10/92 effective 8/1/92, 1/14/97, 8/1/97, 4/26/01 effective 8/1/01, 11/1/01, 4/3/02, 8/8/02, 3/10/04, 5/11/05, 9/18/07, 11/1/07 effective 8/1/08, 4/24/08, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25, 8/5/25 effective 11/1/25)*

(a) The incapacitating injury or illness occurs in one of the four seasons of intercollegiate competition at any two-year or four-year collegiate institutions or occurs after the first day of classes in the student-athlete's senior year in high school;

(b) The injury or illness occurs before the first contest or date of competition of the second half of the playing season that concludes with the NCAA championship in that sport and results in incapacity to compete for the remainder of that playing season; and

(c) The injury or illness occurs when the student-athlete has not participated in more than three contests or dates of competition or 30 percent of the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition, whichever is greater.

**12.6.4.1 Administration of Hardship Waiver.** The hardship waiver shall be administered by the member conferences or, in the case of an independent member institution, by the Athletics Eligibility Subcommittee. *(Revised: 10/28/04, 4/20/09, 7/31/14, 6/6/25 effective 7/1/25, 8/5/25 effective 11/1/25)*

**12.6.4.1.1 Review of Denied Waiver.** An institution may submit a denied hardship waiver to the Athletics Eligibility Subcommittee. The subcommittee shall have the authority to review and determine whether to approve the

waiver based on circumstances that may warrant relief from the application of the legislated waiver criteria. *(Adopted: 4/20/09, Revised: 7/31/14, 6/6/25 effective 7/1/25, 8/5/25 effective 11/1/25)*

**12.6.4.2 Criteria for Administration of Hardship Waiver.** *(Revised: 6/6/25 effective 7/1/25)*

**12.6.4.2.1 Nature of Injury/Illness.** It is not necessary for the incapacitating injury or illness to be the direct result of the student-athlete's participation in the institution's organized practice or game competition. *(Revised: 11/1/01, 7/31/14, 6/6/25 effective 7/1/25)*

**12.6.4.2.2 Medical Documentation.** Contemporaneous or other appropriate medical documentation, from a physician (a medical doctor) who administered care at the time of the injury or illness, that establishes the student-athlete's inability to compete as a result of that injury or illness shall be submitted with any hardship-waiver request. Documentation from an individual other than a physician (e.g., chiropractor, physical therapist) may only be used to support the physician's documentation. For a case involving a psychological or mental illness, the required contemporaneous or other appropriate medical documentation may be provided by an individual (e.g., psychiatrist, psychologist) who is qualified and licensed to diagnose and treat the particular illness. *(Adopted: 4/20/99, Revised: 2/22/01, 7/31/14, 10/17/19, 6/6/25 effective 7/1/25)*

**12.6.4.2.3 First Half and 30 Percent of Season Denominator.** The denominator used to determine the first half and 30 percent of a season is the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition (see Figure 12-1). *(Revised: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

**12.6.4.2.3.1 Exception -- Indoor and Outdoor Track and Field.** For an institution that sponsors both indoor and outdoor track and field, the number of completed dates of competition, including postseason competition, in the applicable season (either indoor or outdoor) is used to determine the first half and 30 percent of the season. For an institution that sponsors only indoor or outdoor track and field (but not both), the maximum number of dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 plus one date of competition is used to determine the first half and 30 percent of the season. *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, Revised: 6/6/25 effective 7/1/25)*

**12.6.4.2.3.2 Fraction in the First-Half-of-Season Computation.** A computation of the first-half-of-season that results in a fractional portion of a contest or date of competition shall be rounded up to the next whole number. The first contest or date of competition immediately following the rounded value is the first contest or date of competition in the second half of the season (see Figure 12-1). *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, Revised: 6/6/25 effective 7/1/25)*

**12.6.4.2.3.3 Fraction in Percent Computation.** Any computation of the percent limitation that results in a fractional portion of a contest or date of competition shall be rounded to the next whole number (e.g., 30-percent of a 29-game basketball schedule -- 8.7 games -- shall be considered nine games). *(Revised: 1/14/97 effective 8/1/97, 4/26/07, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, 6/6/25 effective 7/1/25)*

**12.6.4.2.4 Playing Season that Concludes with the NCAA Championship.** In sports in which the playing season may be divided into two segments, but championship selection is based on competition throughout the season (e.g., golf, ice hockey), completed competition for the entire season (e.g., nonchampionship and championship segments) shall be used when identifying the first contest or date of competition in the second half of the season and the number of contests or dates of competition in which the student-athlete has participated. In sports in which the playing season may be divided into two segments, but championship selection is based on competition during only one segment of the season (e.g., baseball, soccer), completed competition for only the championship segment shall be used when identifying the first contest or date of competition in the second half of the season and the number of contests or dates of competition in which the student-athlete has participated. *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, Revised: 6/6/25 effective 7/1/25)*

**12.6.4.2.5 Exclusions from the First Half and 30 Percent of Season.** In identifying the first contest or date of competition in the second half of the season and the number of contests or dates of competition in which the student-athlete has participated, the following competitions shall be excluded: *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22, Revised: 6/6/25 effective 7/1/25)*

(a) Preseason exhibition contests and preseason practice scrimmages that do not count toward the use of a season of competition per Bylaw 12.6.3.1.4; and

**12.8.1 Institutional Responsibility for Eligibility Certification.** The president or chancellor is responsible for approving the procedures for certifying the eligibility of an institution's student-athletes under NCAA legislation. The president or chancellor may designate an individual on the institution's staff to administer proper certification of eligibility. Certification of eligibility must occur before allowing a student-athlete to represent the institution in intercollegiate competition (see Bylaw 14.01.1). A violation of this bylaw in which the institution fails to certify a student-athlete's eligibility before allowing the student-athlete to represent the institution in intercollegiate competition shall be considered an institutional violation per Bylaw 8.01.3; however, such a violation shall not affect the student-athlete's eligibility, provided all the necessary information to certify the student-athlete's eligibility was available to the institution and the student-athlete otherwise would have been eligible for competition. *(Revised: 3/8/06, 1/14/08, 7/31/14, 6/6/25 effective 7/1/25)*

**12.8.2 Squad-List Form.** The institution's athletics director shall compile a list of the squad members in each sport on the first day of competition and shall indicate thereon the status of each member in the designated categories. A student-athlete's name must be on the official institutional form in order for the student-athlete to be eligible to represent the institution in intercollegiate competition. Violations of this bylaw do not affect the student-athlete's eligibility if the violation occurred due to an institutional administrative error or oversight and the student-athlete is subsequently added to the form; however, the violation shall be considered an institutional violation per Bylaw 8.01.3. (See Bylaw 17.2.6 for details about the administration of the squad list.) *(Revised: 1/14/97, 11/1/07 effective 8/1/08, 7/31/14, 8/7/14, 10/4/17, 6/6/25 effective 7/1/25, 8/5/25 effective 9/1/25)*

## 12.9 Ineligibility. *(Revised: 6/6/25 effective 7/1/25)*

**12.9.1 Obligation of Member Institution to Withhold Student-Athlete From Competition.** If a student-athlete is ineligible under the provisions of the constitution, bylaws or other regulations, the institution shall be obligated to apply immediately the applicable rule and to withhold the student-athlete from all intercollegiate competition. The institution may appeal for restoration of the student-athlete's eligibility as provided in Bylaw 12.10 if it concludes that the circumstances warrant restoration. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.9.2 Ineligibility Resulting From Recruiting Violation.** An institution shall not enter a student-athlete (as an individual or as a member of a team) in intercollegiate competition if it is acknowledged by the institution or established through the infractions process that the institution or a representative of its athletics interests violated the legislation in the recruiting of the student-athlete. The institution may appeal for restoration of the student-athlete's eligibility as provided in Bylaw 12.10 if it concludes that circumstances warrant restoration. *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.9.2.1 Payment of Legal Fees During Appeal. [A]** An institution may provide actual and necessary expenses for a prospective student-athlete to attend proceedings conducted by the institution, its athletics conference or the NCAA that relate to the prospective student-athlete's eligibility to participate in intercollegiate athletics, provided the prospective student-athlete has signed the institution's written offer of admission and/or financial aid or the institution has received the individual's financial deposit in response to its offer of admission. The cost of legal representation in such proceedings also may be provided by the institution (or a representative of its athletics interests). *(Revised: 7/31/14, 10/9/24, 6/6/25 effective 7/1/25)*

**12.9.3 Application of Ineligibility Ruling Pending Appeal.** Once an interpretation (per Bylaw 9.3.1.2) applicable to a member institution has been issued and results in the ineligibility of a student-athlete, it is necessary for the institution to apply the rule to the eligibility of the student-athlete, even if review of the interpretation (per Bylaw 9.3.1.2.1.1 or 9.3.1.2.2) at the request of the institution is pending. Failure to withhold such a student-athlete from competition is a violation of the conditions and obligations of membership. *(Revised: 12/22/08, 7/31/14, 6/6/25 effective 7/1/25)*

**12.9.4 Ineligible Participation.** *(Revised: 6/6/25 effective 7/1/25)*

**12.9.4.1 Loss of Eligibility.** A student-athlete shall be denied eligibility for intercollegiate competition in a sport if the student-athlete participates in intercollegiate competition in that sport while ineligible under this bylaw or other applicable NCAA legislation. The certifying institution may appeal for restoration of the student-athlete's eligibility if it concludes that the circumstances warrant restoration (see Bylaw 12.10). *(Revised: 7/31/14, 6/6/25 effective 7/1/25)*

**12.9.4.2 Restitution.** If a student-athlete who is ineligible under the terms of the bylaws or other legislation is permitted to participate in intercollegiate competition contrary to such NCAA legislation but in accordance with the terms of a court restraining order or injunction operative against the institution attended by such student-athlete or against the Association, or both, and said injunction is voluntarily vacated, stayed or reversed or it is finally determined by the courts that injunctive relief is not or was not justified, the Board of Directors may take any one or more of the following actions against such institution in the interest of restitution and fairness to competing institutions: *(Revised: 4/26/01 effective 8/1/01, 11/1/07 effective 8/1/08, 8/1/22, 8/31/22 effective 1/1/23, 6/6/25 effective 7/1/25)*

(a) Require that individual records and performances achieved during participation by such ineligible student-athlete shall be vacated or stricken;

(b) Require that team records and performances achieved during participation by such ineligible student-athlete shall be vacated or stricken;

(c) Require that team victories achieved during participation by such ineligible student-athlete shall be abrogated and the games or events forfeited to the opposing institutions;

(d) Require that individual awards earned during participation by such ineligible student-athlete shall be returned to the Association, the sponsor or the competing institution supplying same;

(e) Require that team awards earned during participation by such ineligible student-athlete shall be returned to the Association, the sponsor or the competing institution supplying same;

(f) Determine that the institution is ineligible for one or more NCAA championships in the sports and in the seasons in which such ineligible student-athlete participated;

(g) Determine that the institution is ineligible for invitational and postseason meets and tournaments in the sports and in the seasons in which such ineligible student-athlete participated;

(h) Require that the institution shall remit to the NCAA the institution's share of television receipts (other than the portion shared with other conference members) for appearing on any live television series or program if such ineligible student-athlete participates in a contest selected for such telecast, or if the Board of Directors concludes that the institution would not have been selected for such telecast but for the participation of such ineligible student-athlete during the season of the telecast; any such funds thus remitted shall be devoted to the NCAA postgraduate scholarship program; and

(i) Require that the institution that has been represented in an NCAA championship by such a student-athlete shall be assessed a financial penalty as determined by the Committee on Infractions.

## 12.10 Restoration of Eligibility. *(Revised: 6/6/25 effective 7/1/25)*

**12.10.1 Basis for Appeal.** When a student-athlete is determined to be ineligible under an applicable provision of the constitution, bylaws or other regulations, the member institution, having applied the applicable rule and having withheld the student-athlete from all intercollegiate competition, may appeal to the Athletics Eligibility Subcommittee for restoration of the student-athlete's eligibility, provided the institution concludes that the circumstances warrant restoration of eligibility. *(Revised: 6/6/25 effective 7/1/25, 8/5/25 effective 11/1/25)*

**12.10.2 Participation in Appeal Hearing.** Any appeal to restore a student-athlete's eligibility shall be submitted in the name of the institution by the president or chancellor (or an individual designated by the president or chancellor), faculty athletics representative, senior woman administrator or athletics director (for the men's or women's program). At least one of those individuals must participate in any hearing of the appeal that involves direct participation by the student-athlete or other individuals representing the institution or the student-athlete. *(Revised: 1/11/94, 3/8/06, 7/31/14, 6/6/25 effective 7/1/25)*

**12.10.3 Student Responsibility, Relationship to Restoration of Eligibility.** A student-athlete is responsible for the student-athlete's involvement in a violation of NCAA regulations (as defined in Bylaw 19), and the Athletics Eligibility Subcommittee may restore the eligibility of a student-athlete involved in a violation only when circumstances clearly warrant restoration. The eligibility of a student-athlete involved in a major violation shall not be restored other than through an exception authorized by the Athletics Eligibility Subcommittee in a unique case on the basis of specifically stated reasons. *(Revised: 6/6/25 effective 7/1/25, 8/5/25 effective 11/1/25)*

## 14.02 Definitions and Applications.

**14.02.1 Academic Progress Rate.** The Academic Eligibility Subcommittee shall have the authority to determine the minimum acceptable academic progress rate (APR), which shall include a calculation that accounts for currently enrolled student-athletes. The rate shall account for the institution's success in retaining and graduating all such student-athletes. Further, the rate shall account for the academic eligibility of the student-athletes, including all applicable NCAA, conference and institutional academic eligibility requirements. The subcommittee shall publish an explanation of the APR calculation to the membership annually. *(Adopted: 4/29/04, Revised: 8/6/09, 7/31/13, 8/7/14, 8/5/25 effective 11/1/25)*

**14.02.2 Branch School.** A branch school is an educational institution that usually offers two years of college work, does not award degrees independently, and is wholly controlled and operated by a four-year, degree-granting parent institution.

**14.02.3 Business Day.** A business day is any weekday that is not recognized as a national holiday, including any weekday during which an institution is closed for other reasons (e.g., holiday break). *(Adopted: 4/29/10 effective 8/1/10)*

**14.02.4 Collegiate Institution.** A collegiate institution (for purposes of NCAA legislation) is an institution of higher education that: *(Revised: 1/10/90, 8/8/02)*

    (a) Is accredited at the college level by an agency or association recognized by the secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree;

    (b) Conducts an intercollegiate athletics program, even though the institution is not accredited at the college level and authorized to offer at least a one-year program of study creditable toward a degree; or

    (c) Is located in a foreign country.

**14.02.5 Education-Impacting Disability.** An education-impacting disability is a current impairment that has a substantial educational impact on a student's academic performance and requires accommodation. *(Adopted: 8/8/08)*

**14.02.6 Exception.** An exception is the granting of relief from the application of a specific regulation (e.g., the residence requirement for a transfer student from a two-year college to become eligible for competition). The action granting the exception may be taken solely by the certifying institution, based on evidence that the conditions on which the exception is authorized have been met (see Bylaw 14.02.14). *(Revised: 11/1/07 effective 8/1/08, 4/18/24)*

**14.02.7 Good Academic Standing and Progress Toward Degree.** The phrases "good academic standing" and "progress toward degree" are to be interpreted at each member institution by the academic officials who determine the meaning and application of such phrases for all students, subject to the controlling regulations of the institution; the conference (or a similar association), if any, of which the institution is a member; and applicable NCAA legislation (see Bylaw 14.4).

**14.02.8 Graduation Success Rate.** The Academic Eligibility Subcommittee shall determine the minimum acceptable graduation success rate (GSR). The subcommittee shall publish an explanation of the GSR calculation to the membership annually. *(Adopted: 4/29/04, Revised: 7/31/13, 8/7/14, 8/5/25 effective 11/1/25)*

**14.02.9 Participation in Intercollegiate Athletics.** Participation in intercollegiate athletics occurs when a student-athlete either practices in a sport (see Bylaw 17.02.1) or competes in a sport, as defined in Bylaw 17.02.10. Eligibility rules for competition may differ from those for practice.

**14.02.10 Qualification Status.**

    **14.02.10.1 Qualifier.** A qualifier is a student who, for purposes of determining eligibility for financial aid, practice and competition, has met the requirements of Bylaw 14.3.1.1. *(Revised: 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after August 1, 2023)*

    **14.02.10.2 Academic Redshirt.** An academic redshirt is defined as one who has met the requirements of Bylaw 14.3.1.2 but not the requirements of Bylaw 14.3.1.1. *(Adopted: 10/27/11, Revised: 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after August 1, 2023)*

    **14.02.10.3 Nonqualifier.** A nonqualifier is a student who has not graduated from high school or who, at the time specified in the regulation (see Bylaw 14.3), has not successfully completed the required core curriculum or has not presented the required minimum core-curriculum grade-point average for a qualifier or academic redshirt. *(Revised: 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after August 1, 2023)*

**14.02.11 Residence.** Residence is enrollment in a full-time academic program (as defined by the institution) at a collegiate institution during a regular term of an academic year. A summer term may not be used to satisfy an academic term of residence. Any student-athlete (e.g., qualifier, nonqualifier, transfer student from a two-year college) admitted after the 12th class day may not use that semester or quarter for the purpose of satisfying an academic term or year of residence. *(Revised: 4/14/10, 4/18/24)*

**14.3.5.3.1 International Certification.** An institution shall use the Eligibility Center to determine whether a "similar proficiency examination" taken by an international student-athlete is an advanced or higher level, nationally administered proficiency exam with a uniform grading scale that is taken after high school graduation. In addition, the Eligibility Center shall certify the eligibility of an international student-athlete based on the number of advanced placement hours accepted by the certifying institution. *(Adopted: 1/14/12 effective 8/1/12)*

**14.3.5.4 International Academic Standards.** A student from a foreign country shall satisfy the requirements outlined in the NCAA Guide to International Academic Standards for Athletics Eligibility. *(Revised: 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

# 14.4 Progress-Toward-Degree Requirements.

**14.4.1 Progress-Toward-Degree Requirements.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall maintain progress toward a baccalaureate or equivalent degree at that institution as determined by the regulations of that institution subject to controlling legislation of a conference or similar association of which the institution is a member and applicable NCAA legislation. (See Bylaw 20.2.4.13 regarding the obligations of members to publish their progress-toward-degree requirements for student-athletes.) *(Revised: 5/29/08, 4/15/09)*

**14.4.1.1 Bona Fide International Exchange Student.** The eligibility for competition of a bona fide international exchange student, as defined in Bylaw 14.5.1.3.1, shall be based on satisfactory completion of at least: *(Revised: 1/14/08 effective 8/1/08, 4/14/09)*

(a) Six semester or six quarter hours of academic credit during the preceding regular academic term in which the student has enrolled full time at the certifying institution;

(b) Eighteen semester or 27 quarter hours of academic credit since the beginning of the previous fall term or since the beginning of the certifying institution's preceding regular two semesters or three quarters (hours earned during the summer may not be used to fulfill this requirement) (see Bylaw 14.4.3.1.4); and

(c) A minimum grade-point average per academic term of enrollment as set forth in Bylaw 14.4.3.3.

**14.4.1.2 Temporary Student.** A student-athlete having the status of temporary, transient or exchange student shall not represent an institution in intercollegiate athletics competition unless such status is specifically allowed and governed by provisions adopted by the membership.

**14.4.2 Eligibility for Financial Aid and Practice.** Eligibility for institutional financial aid and practice during each academic year after a student-athlete's initial year of residence or after the student-athlete has used one season of eligibility in a sport shall be based upon the rules of the institution and the conference, if any, of which the institution is a member.

**14.4.3 Eligibility for Competition.**

**14.4.3.1 Fulfillment of Credit-Hour Requirements.** Eligibility for competition shall be determined based on satisfactory completion of at least: *(Revised: 1/10/92, 10/31/02 effective 8/1/03, 3/10/04, 4/28/05)*

(a) Twenty-four semester or 36 quarter hours of academic credit prior to the start of the student-athlete's second year of collegiate enrollment (third semester, fourth quarter);

(b) Eighteen semester or 27 quarter hours of academic credit since the beginning of the previous fall term or since the beginning of the certifying institution's preceding regular two semesters or three quarters (hours earned during the summer may not be used to fulfill this requirement) (see Bylaw 14.4.3.1.4); and

(c) Six semester or six quarter hours of academic credit during the preceding regular academic term (e.g., fall semester, winter quarter) in which the student-athlete has been enrolled full time at any collegiate institution (see Bylaw 14.4.3.4.3 for postseason certification).

**14.4.3.1.1 Regular Academic Year.** For purposes of Bylaw 14.4.3.1, the regular academic year shall be defined as the time beginning with the opening of the institution's fall term and concluding with the institution's spring commencement exercises. *(Adopted: 4/2/03 effective 8/1/03, Revised: 6/1/06)*

**14.4.3.1.2 Transfer.** To be eligible for competition, a transfer student-athlete must meet the following credit-hour requirements based on attendance at the previous institution or institutions for the specified time and may use any hours of academic credit earned at any collegiate institution: *(Adopted: 10/31/02 effective 8/1/03, Revised: 5/12/05)*

(a) Equivalent of one semester/one quarter: six semester or six quarter hours of academic credit;

(b) Equivalent of one academic year (e.g., two semesters/three quarters): 24 semester or 36 quarter hours of academic credit;

(c) Equivalent of three semesters/four quarters: 30 semester or 42 quarter hours of academic credit; or

Exhibit A - Page 23

(a) A student-athlete participating in a covered event in an intercollegiate sport as recognized by the participating institution; and

(b) A prospective student-athlete participating in a covered event who has graduated from high school and signed an institution's written offer of admission and/or financial aid to participate in an intercollegiate sport at a participating institution.

**20.2.4.9.1 Amount of Coverage Insurance.** Such insurance coverage must be of equal or greater value than the deductible of the NCAA Catastrophic Injury Insurance Program and may be provided through the following sources: *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/20/22)*

(a) Parents or guardians' insurance coverage;

(b) Participant's personal insurance coverage; or

(c) Institution's insurance program.

**20.2.4.9.2 Athletically Related Injuries.** For purposes of this provision, athletically related injuries are injuries that are a direct result of participation in a covered event. *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/20/22)*

**20.2.4.9.3 Covered Event.** A covered event includes the following: *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/20/22)*

(a) Any intercollegiate sports activity, including team travel, competition, practices and conditioning sessions during the playing season (as defined in Bylaw 17.1.1);

(b) An NCAA-sanctioned competition in which the insured person is an official competitor; or

(c) Practice and conditioning sessions that are authorized, organized or directly supervised by athletics department personnel at the member institution other than during the playing season. Such sessions must occur on campus or at approved off-campus facilities as part of an intercollegiate athletics activity. For insured student-athletes or prospective student-athletes who compete in individual sports, off-campus intercollegiate athletics activities must be authorized by athletics department personnel at the participating school and take place at approved locations.

**20.2.4.10 Student-Athlete Health Insurance Portability and Accountability Act (HIPAA) Authorization/ Buckley Amendment Consent Form -- Disclosure of Protected Health Information.** An active member institution shall administer annually a statement for each student-athlete to voluntarily sign that provides information prescribed in Bylaw 12.5.4. *(Adopted: 4/23/03 effective 8/1/03, Revised: 8/7/03 effective 8/1/04, 11/1/07 effective 8/1/08, 1/20/22)*

**20.2.4.11 Discipline of Members.** Pursuant to directions of the Board of Directors or the annual Convention, an active member institution shall refrain from athletics competition with designated institutions as required under the provisions of the Association's infractions process (see Bylaw 19). *(Revised: 11/1/07 effective 8/1/08, 7/31/14, 1/20/22)*

**20.2.4.12 Standards.** An active member institution agrees to establish and maintain high standards of personal honor, eligibility and fair play. *(Revised: 1/20/22)*

**20.2.4.13 Publication of Progress-Toward-Degree Requirements.** An active member institution is obligated to publish its progress-toward-degree requirements for student-athletes (see Bylaw 14.4.1). *(Revised: 1/20/22)*

**20.2.4.14 Missed Class-Time Policies.** An active member institution is obligated to establish policies in all sports concerning student-athletes' missed class time due to participation in intercollegiate athletics and in athletics competition scheduled during final examination periods. *(Adopted: 4/29/10 effective 8/1/10, Revised: 4/25/15 effective 8/1/18, 1/20/22)*

**20.2.4.15 President or Chancellor Attestation of Compliance Obligations.** An active member institution shall not be eligible to enter a team or individual competitors in an NCAA championship and shall be subject to removal from and/or ineligibility of individuals to serve on an NCAA board, council or committee unless its president or chancellor attests annually to an understanding of the institutional obligations and personal responsibilities imposed by the constitution (Principle of Institutional Control; Rules, Compliance and Accountability). [See Bylaw 18.4.2.1-(d).] *(Adopted: 4/19/19 effective 8/1/19, Revised: 1/20/22, 1/11/23)*

**20.2.4.16 Compliance-Related Certification.** An active member institution shall not be eligible to enter a team or individual competitors in an NCAA championship and shall be subject to removal from and/or ineligibility of individuals to serve on an NCAA board, council or committee unless it certifies [see Bylaw 18.4.2.1-(e)] that the conditions of Bylaw 18.4.2.1.1 have been satisfied. *(Adopted: 1/10/95, Revised: 3/8/06, 8/8/18 effective 8/1/19, 1/20/22)*

**20.2.4.17 Operating and Capital Financial Data Report.** An active member institution shall submit financial data detailing operating revenues, expenses and capital related to its intercollegiate athletics program to the NCAA on an annual

Exhibit A - Page 24