# EXHIBIT C

NCAA Recruiting Fact Sheet (2024-2025)

# EXHIBIT C

# NCAA Recruiting Facts

College sports create a pathway to opportunity for student-athletes.

## Division I

Division I schools generally have the biggest student bodies, manage the largest athletics budgets and offer the highest number of athletics scholarships.

**PARTICIPATION**
**204,000** Student-Athletes
**355** Active Schools

**ATHLETICS SCHOLARSHIPS**
**59%** of athletes receive athletics aid.

**ACADEMICS**
2023 Graduation Success Rate


90%

**OTHER STATS**
**8,883** Median Undergraduate Enrollment
**19** Average Number of Teams per School
**1 in 23** Students Who Are Athletes
**26*** Division I National Championships

## Division II

Division II schools provide growth opportunities through academic achievement, learning in high-level athletics competition and a focus on service to the community.

**PARTICIPATION**
**133,000** Student-Athletes
**293** Active Schools

**ATHLETICS SCHOLARSHIPS**
**64%** of athletes receive athletics aid.

**ACADEMICS**
2023 Academic Success Rate


76%

**OTHER STATS**
**2,169** Median Undergraduate Enrollment
**17** Average Number of Teams per School
**1 in 7** Students Who Are Athletes
**25*** Division II National Championships

## Division III

Division III schools offer participation in a competitive athletics environment that pushes college athletes to excel on the field and build upon their potential by tackling new challenges across campus.

**PARTICIPATION**
**202,000** Student-Athletes
**425** Active Schools

**FINANCIAL AID**
**80%** of athletes receive nonathletics aid.

**ACADEMICS**
2023 Academic Success Rate


88%

**OTHER STATS**
**1,617** Median Undergraduate Enrollment
**19** Average Number of Teams per School
**1 in 5** Students Who Are Athletes
**28*** Division III National Championships



### Want to play NCAA sports?

*Visit ncaa.org/playcollegesports*

**DIVISION I**
Academic Standards

**DIVISION II — MAKE IT YOURS**
Academic Standards

**DIVISION III**
Amateurism Standards

*Graduation rates for student-athletes include those who transfer from one school to another.*

*The number of schools for each division is current as of the 2024-25 academic year. All other figures are based on 2023-24 data.*

*\* Each division also participates in 11 cross-divisional National Collegiate Championships.*



1

Exhibit C - Page 1

# Facts About NCAA Sports

## Does the NCAA award athletics scholarships?
Individual schools award athletics scholarships. Division I and II schools provide nearly $4.0 billion in athletics scholarships annually to 197,000 student-athletes. While Division III schools do not offer athletics scholarships, 80% of Division III student-athletes receive some form of merit- or need-based financial aid.

## Do many high school athletes earn athletics scholarships?
Very few, in fact. Only about 2% of high school athletes are awarded athletics scholarships to compete in college.

## Do NCAA student-athletes have difficulty meeting graduation requirements with the time demands of their sport?
Overall, student-athletes graduate at higher rates than their peers in the student body, and those rates rise each year. **Click here** for more information on graduation rates.

## Do many NCAA student-athletes go on to play professionally?
Of the student-athletes participating in college sports with professional leagues, less than 2% become professional athletes. A college education is the most rewarding benefit of your student-athlete experience. There are more than 500,000 NCAA student-athletes, and **less than 2%** will go pro in their sport.

### Estimated Probability of Competing in Athletics Beyond High School

|  | Baseball | Men's Basketball | Women's Basketball | Football | Men's Ice Hockey | Women's Soccer | Softball |
|---|---|---|---|---|---|---|---|
| High School Student-Athletes | 478,451 | 537,438 | 373,366 | 1,028,761 | 33,013 | 377,838 | 344,952 |
| NCAA Student-Athletes | 38,849 | 19,213 | 16,668 | 77,204 | 4,388 | 29,959 | 21,646 |
| Drafted NCAA Student-Athletes | 444 | 46 | 33 | 259 | 69 | 47 | 24 |
| Percentage High School to NCAA | 8.1% | 3.6% | 4.5% | 7.5% | 13.3% | 7.9% | 6.3% |
| *Percentage NCAA to Major Professional | 5.1% | 1.1% | 0.9% | 1.5% | 7.1% | 0.7% | 0.5% |

*Note:* High school and college participation data are from the 2022-23 academic year.
*The percentage of NCAA student-athletes moving on to major professional leagues is based on the number of draft picks in the 2023 MLB, NBA, WNBA, NFL, NHL, NWSL and WPF drafts.



**More Than 500,000 Student-Athletes**
**Over 1,000 Schools**
**24 Sports**
**3 Divisions**
**1 Association**



NCAA, Make It Yours, March Madness and Sport Science Institute are trademarks of the National Collegiate Athletic Association. All other trademarks are property of their respective holders. October 2024.

2

Exhibit C - Page 2