**DICKINSON WRIGHT PLLC**
Steven A. Caloiaro
Nevada Bar No. 12344
Mackenzie E. Robinson
Nevada Bar No. 16309
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com
mrobinson@dickinsonwright.com

*Attorneys for Plaintiff*
*Noah Blythe*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Noah Blythe, *Plaintiff*, *v.* National Collegiate Athletic Association, *Defendant*. | CASE NO. **DECLARATION OF STEVEN A. CALOIARO IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Steven A. Caloiaro, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm of Dickinson Wright PLLC, counsel for Plaintiff Noah Blythe ("Noah" or "Plaintiff") in the above-captioned matter. I am over the age of eighteen (18) and am duly admitted to practice before this Court. I have personal knowledge of all facts addressed herein, and am competent to testify if called upon to do so.

2. I make this declaration pursuant to LR 7-4 and in support of Plaintiff's Ex Parte Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction ("Motion").

3. Noah seeks ex parte emergency relief from the Court in this matter because he will suffer immediate and irreparable harm if the defendant in this action, National Collegiate Athletic Association ("NCAA"), is permitted to enforce those certain bylaws that are the subject of this litigation, denying Mr. Blythe's eligibility to participate in the 2025–2026 NCAA Division I

baseball season. Delays in judicial relief would irreparably damage Mr. Blythe's ability to secure both athletic, academic, and financial opportunities, which are exclusively available to him only if he is deemed eligible to participate in this season of NCAA Division I baseball.

4. After Noah received notice that his Hardship Waiver was denied via email on January 23, 2026 under those bylaws (referred to in the Emergency Motion as the "Eligibility Rules"), I began trying to reach out to NCAA's counsel (previously admitted pro hac vice in former litigation representing the NCAA in this District) the following week in an attempt to resolve the issue short of litigation via telephone and email.

5. On February 4, 2026, following this meet-and-confer process, I received confirmation through NCAA's counsel that the NCAA's denial remained in place.

6. In this meet-and-confer process, I apprised them of the need to resort to litigation.

7. Given the short timeframe following the meet-and-confer attempts in advance of Noah's upcoming season (February 13, 2026) and tuition deadline (February 16, 2026), ex parte emergency relief is justified under LR 7-4.

8. Pursuant to LR 7-4, the office addresses and telephone numbers of all affected parties—Mr. Blythe and the NCAA—are as follows:

<u>For Mr. Blythe</u>:
Steven A. Caloiaro
Mackenzie E. Robinson
Dickinson Wright PLLC
100 W. Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500

<u>For the NCAA</u>:
NCAA Headquarters
700 W. Washington Street
P.O. Box 6222
Indianapolis, Indiana 46206-6222
Tel: 317-917-6222

A copy of the Motion will be sent via first class mail to the NCAA.

9. A copy of the instant Emergency Motion will be served via email on the NCAA's prior local counsel, John Naylor of Naylor & Braster, per the instruction of the former pro hac vice

counsel. His address and email address are:

Naylor & Braster
10100 W. Charleston Blvd., Suite 120,
Las Vegas, NV 89135
jnaylor@nblawnv.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of February, 2026

/s/ *Steven A. Caloiaro*
Steven A. Caloiaro