# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NOAH BLYTHE,<br><br>        Plaintiff,<br><br> v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>        Defendant. | Case No. 3:26-cv-00100-CSD<br><br>**ORDER**<br><br>Re: ECF Nos. 3, 4 |

Plaintiff has filed an Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (TRO/PI) in this case (ECF Nos. 3, 4). Plaintiff's motion includes a declaration of counsel and Plaintiff regarding the basis for expedited briefing and emergency relief pursuant the Local Rule 7-4. (ECF No. 3-1 and 3-2). Having reviewed the declarations, the Court determines Plaintiff's Motion for TRO/PI (ECF Nos. 3, 4) warrants consideration on an expedited basis.

**IT IS HEREBY ORDERED** that Defendant shall have until **Thursday, February 12, 2026, at 12:00 p.m.** to file a response to Plaintiff's Motion for TRO/PI (ECF Nos. 3, 4).

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall serve a copy of this Order on Defendant and file a Notice of Compliance on or before **Wednesday, February 11, 2026, at 12:00 p.m.**

**IT IS FURTHER ORDERED** that an **Emergency Hearing** regarding Plaintiff's Motion for TRO/PI (ECF Nos. 3, 4) is set for **Friday, February 13, 2026, at 10:00 a.m.**

DATED:  February 10, 2026.

_____
Craig S. Denney
United States Magistrate Judge