# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NOAH BLYTHE,

      Plaintiff

v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, et al.,

      Defendants

Case No.: 3:26-cv-00100-CSD

**Order**

Plaintiff initiated this action by filing a complaint against the National Collegiate Athletic Association (NCC) (ECF No. 1) and emergency motion for temporary restraining order (TRO) and/or Preliminary Injunction (PI) (ECF Nos. 3, 4). This action was assigned directly to the undersigned magistrate judge on consent pursuant to General Order 2023-11. The undersigned ordered expedited briefing and set the motion for TRO/PI for a hearing on Friday February 13, 2026, at 10:00 a.m. (ECF No. 9.) On further review, because the motion for TRO/PI was filed simultaneously with the complaint, this action should not have been assigned directly to the undersigned on consent. *See* General Order 2023-11.

The hearing set for February 13, 2026, at 10:00 a.m., is **VACATED**. The Clerk shall **ASSIGN** this case to a District Judge and the undersigned as magistrate judge for further proceedings.

**IT IS SO ORDERED**.

Dated: February 11, 2026

_____
Craig S. Denney
United States Magistrate Judge